UNITED STATES of America,
Plaintiff–Appellee

v.

Sergio Gallardo ROSA, also known as Sergio Rene Gallardo, also known as Javier Arango, also known as Isauro Isialemus Ambrocio, also known as Manuel A. Solis Pineda, also known as Manuel Ruiez, also known as Jose Victor Silva, also known as Jorge Davila, also known as Julio Somayoa, also known as Sergio Victor Gallardo–Rosa, also known as Victor Gallardo–Rosa, also known as Sergio Victor Rosa–Gallardo, also known as Ascencion Garcia Martinez, also known as Sergio Gallardorosa, also known as Sergio Victor Rosa Gallardo, Defendant–Appellant.

No. 11–20029
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 30, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lee Harper Wilson, Counsel, Houston, TX, for Defendant–Appellant.

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sergio Gallardo Rosa has moved for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has     determined that this opinion should not be

to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rosa has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.